IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROGER ROBINSON,<br>    Plaintiff, | § § § | |
| v. | § § | EP-17-CV-44-DB |
| ROBERT NAVAR and HADAVI<br>ENTERPRISES, INC.,<br>    Defendants. | § § § § | |

FILED
2018 APR 17 PM 4: 13

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **17th** day of **April 2018**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE